Shawtina F. Lewis (SBN 259255)
shawtina.lewis@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:    424.221.7400
Facsimile:    424.221.7499

Attorneys for Defendants
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDLEAN MOSIER,<br><br>        Plaintiff,<br><br>    v.<br><br>C. R. BARD INC., and<br>BARD PERIPHERAL VASCULAR, INC.,<br><br>        Defendants. | Case No.: 2:20-cv-01767-TLN-EFB<br><br>**JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES & ORDER** |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Federal Rule of Civil Procedure 26(c) and (d), Plaintiff in the above-titled action and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to herein as "the Parties"), respectfully request that this Court temporarily stay discovery and all pretrial deadlines and continue the initial Scheduling Conference in this case for 90 days after entry of the [Proposed] Order while the Parties pursue settlement discussions.  In support thereof, the Parties state as follows:

1.     This case was originally filed in the State Court of Dallas County, Texas, by a Texas resident serving as lead plaintiff, and joined multiple individual plaintiffs, including the instant plaintiff. The case was subsequently removed by Bard to the United States District Court for the Northern District of Texas, Dallas Division.

2.     On August 31, 2020, the Court issued an Order granting the lead plaintiff's Unopposed Motion to Sever and Transfer Venue of Out-of-State Plaintiff's Cases, and the case was transferred to this District and assigned to this Court. [Doc. 26].

3.     Since before the transfer of the instant case from the Northern District of Texas, Dallas Division, to this District, the Parties have been engaging in serious settlement discussions. Accordingly, the Parties jointly move this Court for an order staying discovery and pretrial deadlines and continuing the initial Scheduling Conference in this case for 90 days after entry of the [Proposed] Order to allow the Parties to continue to engage in settlement discussions. This will further facilitate settlement discussions and prevent unnecessary expenditures of the parties and judicial resources.

4.     A district court has broad discretion over pretrial discovery rulings.  *See, e.g.*, *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *accord Thermal Design, Inc. v. Am. Soc'y of Heating, Refrigerating & Air-Conditioning Engineers, Inc.,* 755 F.3d 832, 837 (7th Cir. 2014); *Burns v. EGS Fin. Care, Inc.,* No. 4:15-CV-06173-DGK, 2016 WL 7535365 at *1 (W.D. Mo. Apr. 12, 2016); *see also Cook v. Kartridg Pak Co.,* 840 F.2d 602, 604 (8th Cir. 1988) ("A district court must be free to use and control pretrial procedure in furtherance of the orderly administration of justice."); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (district courts possess

"inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants").

5.      Under Federal Rules of Civil Procedure 26(c) and 26(d), a court may limit the scope of discovery or control its sequence.   *See Britton*, 523 U.S. at 598.   Although settlement negotiations do not automatically excuse a party from its discovery obligations, the parties can seek a stay prior to the cutoff date.  *See Sofo v. Pan-American Life Ins. Co.,* 13 F.3d 239, 242 (7th Cir. 1994); *Wichita Falls Office Assocs. V. Banc One Corp.,* 978 F.2d 915, 918 (5th Cir. 1993) (finding that a "trial judge's decision to curtail discovery is granted great deference," and noting that the discovery had been pushed back a number of times because of pending settlement negotiations).

6.      The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion, yet allow sufficient time to schedule and complete discovery if necessary, consistent with the scheduling obligations of counsel.  The relief sought in this Motion is not being requested for delay, but so that justice may be done.

**WHEREFORE**, The Parties jointly request that discovery and all pretrial deadlines be stayed and that the initial Scheduling Conference be continued for 90 days after entry of the [Proposed] Order to allow the Parties to conduct ongoing settlement negotiations.

[Signatures on the following page]

//

//

//

//

//

//

//

//

//

//

JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES & ORDER

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

DATED: September 10, 2020        Respectfully submitted,

                                 NELSON MULLINS RILEY & SCARBOROUGH LLP


                                 /s/ Shawtina F. Lewis
                                 Shawtina F. Lewis (SBN 259255)
                                 19191 South Vermont Avenue, Suite 900
                                 Torrance, CA  90502
                                 Telephone: 424.221.7400
                                 Facsimile: 424.221.7499
                                 shawtina.lewis@nelsonmullins.com
                                 Attorney for Defendants
                                 C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.


DATED: September 10, 2020        Respectfully submitted,

                                 FEARS NACHAWATI LAW FIRM


                                 /s/ Arati Furness (as authorized on 9/8/2020)
                                 Arati Furness, CA Bar No. 225435
                                 (admitted in EDCA)
                                 Steven S. Schulte
                                 Texas Bar No. 24051306
                                 Eric M. Przybysz
                                 Darren McDowell
                                 5473 Blair Road
                                 Dallas, Texas 75231
                                 T: (214) 890-0711/F: (214) 890-0712
                                 afurness@fnlawfirm.com
                                 ericp@fnlawfirm.com
                                 schulte@fnlawfirm.com
                                 dmcdowell@fnlawfirm.com


                                 Attorneys for Plaintiff

JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES & ORDER

1

**ORDER**

2

       Upon consideration of the Parties' JOINT MOTION TO STAY DISCOVERY AND

3

PRETRIAL DEADLINES, and for good cause appearing, IT IS HEREBY ORDERED that the

4

Parties' Motion is GRANTED, and discovery and all pretrial deadlines are hereby stayed and

5

extended and that the initial Scheduling Conference is continued for 90 days to allow the Parties

6

to conduct ongoing settlement negotiations.

7

8

       **IT IS SO ORDERED.**

9

10

DATED: September 10, 2020

11

Troy L. Nunley
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES & ORDER

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES